JOE GORELICK, Respondent, v. KATHERINE LOCKE, Appellant, Impleaded with Another, Defendant.—Determination appealed from and the order of the Municipal Court unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to set aside the judgment and open defendant-appellant's default granted. The judgment to stand as security, with leave to the defendant-appellant to answer within twenty days after service of order, with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

" ATLANTIC " FIRE PROTECTION Co., INC., Respondent, v. MARCUS GELBER, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration of Controversies between: TANENBAUM TEXTILE Co., INC., Respondent, against HYMAN SCHLANGER, Trading under the Firm Name and Style of MIAMI KNITTING MILLS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion on the ground that the alleged contract to arbitrate is not in writing. (Civ. Prac. Act, § 1449.)